# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE KELLY, | Case No. CV 15-04976 SJO (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 16, 2016

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE